**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: THE MATTER OF THE ESTATE OF | : | No. 312 WAL 2022 |
| ERIC S. WAITE | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: LISA D. WAITE | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.